**FILED**

**JUN 2 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Clerk of the Court
U.S. District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
United States of America

Re: Dismissal of Formal Complaint
of Manuel Licudine v. The
Honorable Donald C. Winter,
Secretary of the Navy, DON
# 08-61581-00514
March 24, 2008

08 1086

Dear Sir/Madam:

I seek judicial review of my case. And may this communique too serve as my request that this Honorable court appoint me a lawyer to represent me. I am too awaiting necessary forms the court may grant to fulfill this request. The decision of the Department of the Navy's EEOC is hereby enclosed, denying me coverage under the EEO laws for accordingly, I was an "alien" employee as mentioned in 29 C.F.R. 1614.103(c)(4), and as not a U.S. citizen who may have standing under Title VII of the Civil Rights Act of 1964, as amended. I am

Sincerely,

Manuel Licudine
43 Graham Street, EBB
2200 Olongapo City, Phils.

Attachments
Dismissal order

3