UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANUEL LICUDINE<br>43 Graham Street, EBB<br>2200 Olongapo City<br>Philippines 601<br><br>               Plaintiff<br>v.<br><br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY<br>U.S. DEPT. OF THE NAVY<br>Human Resources Office<br>PSC 473, Box 22, N134<br>FPO AP 96349-0022<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 08-1086 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

                                                     Respectfully submitted,

                                                     ____/s/_____
                                                     CHRISTIAN NATIELLO, D.C. Bar #473960
                                                     Assistant U.S. Attorney
                                                     555 Fourth St., N.W.
                                                     Room E4112
                                                     Washington, D.C. 20530
                                                     (202) 307-0338
                                                     christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Manuel Licudine**, via pre-paid postage addressed as follows:

MANUEL LICUDINE
43 GRAHAM STREET, EBB
2200 OLONGAPO CITY
PHILIPPINES 601


_____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov