UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANUEL LICUDINE,

        Plaintiff,

v.           :           Civil Action No. 08-1086 (RMU)

DONALD C. WINTER,
Secretary of the Navy,

        Defendant.

### ORDER

Defendant has filed a motion to dismiss. Because a ruling on the motion may dispose of this action, the Court advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion. Further, the plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the plaintiff is directed to Rule 6(d) of the Federal Rules of Civil

Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox v. Strickland*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, on this 27th day of August, 2008, it is hereby

ORDERED that plaintiff shall file his opposition or other response to defendant's motion to dismiss not later than **October 31, 2008**. If plaintiff fails to respond timely, the Court may grant defendant's motion as conceded.

SO ORDERED.

    RICARDO M. URBINA
    United States District Judge